IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00604-WYD-MEH

PAMELA A. PHILLIPS,

    Plaintiff,

v.

RICHARD T. COES;
HUGH O'CONNOR;
FRED BELL;
ANDREW LLUBERES;
JOHN DOES 1 through 10,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    In light of the filing of Plaintiff's Amended Complaint on September 26, 2007 (docket #29), Defendants' Motion to Dismiss, filed August 21, 2007 (docket #19) is **DENIED AS MOOT**.  Defendants shall respond to the Amended Complaint.

    Dated:  September 27, 2007