IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00604-WYD-MEH

PAMELA A. PHILLIPS,

    Plaintiff,

v.

RICHARD T. COES;
HUGH O'CONNOR;
FRED BELL;
ANDREW LLUBERES;
JOHN DOES 1 through 10,

    Defendants.

## ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    In light of the filing Plaintiff's Second Amended Complaint on November 29, 2007 (docket #44), Defendants' Motion to Dismiss filed October 11, 2007 (docket #33) is **DENIED AS MOOT**.

Dated: April 8, 2008