IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-00604-WYD-MEH

PAMELA A. PHILLIPS,

     Plaintiff,

v.

FRED BELL, also known as Jeff Bell;
ANDREW LLUBERES;
JOHN DOES 1 through 10,

     Defendants.

---

## ORDER

---

THIS MATTER comes before the Court following the mandate from the United States Court of Appeals for the Tenth Circuit and the Order reversing and remanding this Court's September 30, 2008 Order [d/e 54], which granted in part and denied in part Defendants' motion to dismiss [d/e 45].  For the reasons stated by the Tenth Circuit in its Order [d/e 60], it is

ORDERED that Defendants' Motion to Dismiss filed December 13, 2007 [d/e 45] is **GRANTED** in all respects and this case is hereby **DISMISSED**, the Clerk of the Court to enter judgment in favor of Defendants.

Dated this <u>15th</u> day of April, 2010.

                         BY THE COURT:


                         <u>s/ Wiley Y. Daniel</u>
                         WILEY Y. DANIEL,
                         CHIEF UNITED STATES DISTRICT JUDGE